*Pro Se 15 2016*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

SETONDJI VIRGILE NAHUM

_____

_____ ,

Plaintiff(s),

v.

_____

Lonnie Spear

Amber Hodge _____ ,

The Home Depot _____

_____

George M. Derezes _____ ,

James P. Scott _____

The Seattle Police Department

_____ ,

Defendant(s).

CASE NO. ___2:20-cv-1151 DWC___
[to be filled in by Clerk's Office]

COMPLAINT FOR VIOLATION
OF CIVIL RIGHTS, DEFAMATION
AND GROSS NEGLIGENCE

Jury Trial:  ☐ Yes   ☒  No

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 1

Pro Se 15 2016

# I.    THE PARTIES TO THIS COMPLAINT

A.    Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

| | |
|---|---|
| Name | SETONDJI VIRGILE NAHUM |
| Street Address | 20221 Aurora Ave N # 106 |
| City and County | Shoreline and King |
| State and Zip Code | Washington and 98133 |
| Telephone Number | 206-595-6913 |

B.    Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

| | |
|---|---|
| Name | Lonnie Spear |
| Job or Title *(if known)* | |
| | ATTN: Home Depot |
| Street Address | 2701 Utah Ave. S. |
| City and County | Seattle and King |
| State and Zip Code | Washington and 98134 |
| Telephone Number | 206-467-9200 |

Defendant No. 2

| | |
|---|---|
| Name | Amber Hodge |
| Job or Title *(if known)* | |
| | ATTN: Home Depot |
| Street Address | 2701 Utah Ave. S. |
| City and County | Seattle and King |

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 2

Pro Se 15 2016

| | |
|---|---|
| State and Zip Code | Washington and 98134 |
| Telephone Number | 206-467-9200 |

Defendant No. 3

| | |
|---|---|
| Name | The Home Depot |
| Job or Title (if known) | |
| Street Address | 2701 Utah Ave. S. |
| City and County | Seattle and King |
| State and Zip Code | Washington and 98134 |
| Telephone Number | 206-467-9200 |

Defendant No. 4

| | |
|---|---|
| Name | George M. Derezes |
| Job or Title (if known) | |
| Street Address | 810 Virginia St |
| City and County | Seattle and king |
| State and Zip Code | Washington 98101 |
| Telephone Number | 206 625 5011 |
| ☐ Individual capacity | ☒ Official capacity |

Defendant No. 5

| | |
|---|---|
| Name | James P. Scott |
| Job or Title (if known) | |
| Street Address | 810 Virginia St |
| City and County | Seattle and King |
| State and Zip Code | Washington and 98101 |
| Telephone Number | 206-625-5011 |
| ☐ Individual capacity | ☒ Official capacity |

*Pro Se 15 2016*

Defendant No. 6

| | | |
|---|---|---|
| | Name | The Seattle Police Department |
| | Job or Title *(if known)* | |
| | Street Address | 810 Virginia St |
| | City and County | Seattle and King |
| | State and Zip Code | Washington and 98101 |
| | Telephone Number | 206c625c5011 |
| | ☐ Individual capacity | ☒  Official capacity |

## II.      PREVIOUS LAWSUITS

Have you brought any other lawsuits in any federal court in the United States?

☐ No          ☒ Yes          If yes, how many? 1.

Describe the lawsuit:

Federal Case NO: 2:19-cv-01114-BJP

Racial Discrimination, Retaliation, Harassment, Abuse of Power and Authority,

Defamation, Conspiracy Against Rights, Retaliation

Parties to this previous lawsuit:

SETONDJI VIRGILE NAHUM

The Boeing Company, Dillaman Jeffrey

Plaintiff(s)

SETONDJI VIRGILE NAHUM

*Pro Se 15 2016*

_____

_____

Defendant(s)

The Boeing Company, Dillaman Jeffrey

_____

_____

_____

(*If there is more than one previous lawsuit, describe the additional lawsuits on another piece of paper using the same outline. Attach additional sheets, if necessary*)

Court and name of district:

United States District Court Western District of Washington

Docket Number:  2:19-cv-01114-BJP

Assigned Judge:  Barbara J. Rothstein

Disposition: (*For example, was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?*)

Still Pending/ Discovery

_____

_____

Approximate filing date of lawsuit:  07/18/2019

Approximate date of disposition:  03/01/2020

Pro Se 15 2016

### III.     BASIS FOR JURISDICTION

This action is brought for racial discrimination, defamation, and negligence pursuant to *(check all that apply)*:

☒     The Federal Civil Rights Acts of 1871 (42 U.S.C. 1983)

☒     The Federal Civil Rights Acts of 1866

☒     The Federal Civil Rights Acts of 1964

☒     Relevant state law *(specify, if known)*:

Washington State Defamation Laws
RCW 9.58 : Libel and Slander

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suite against *(check all that apply)*?

☐     Federal officials (a *Bivens* claim)

☒     State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1    Rights to Due Process of Law, Other Rights of the People,_____

2    _____

3    _____

4    _____

5    C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional

6    rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are

7    being violated by federal officials?

8    N/A_____

9    _____

10   _____

11   _____

12   D.    Section 1983 allows defendants to be found liable only when they have acted "under

13   color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or

14   the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain

15   how each defendant acted under color of state or local law.  If you are suing under

16   *Bivens*, explain how each defendant acted under color of federal law.  Attach additional

17   pages if needed.

18   The Plaintiff is also suing the Seattle Police Department, George M. Derezes and James

19   P. Scott under 42 U.S.C. 1983. George M. Derezes acted under color of State and local

20   law as a Police Officer responding and handling a alleged offense reported by civilians.

21    James P. Scott acted under the color of State and Local law as the approving officer of

22   George M. Derezes actions. Both George M. Derezes and James P. Scott represented the

23    Seattle Police Department in responding and Handling an alleged offense reported by

24    civilians._____

*Pro Se 15 2016*

1    _____

2    _____

3    _____

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23            **IV.    STATEMENT OF CLAIM**

24    *State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.*

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 8

*You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

### Claim 1: Racial Discrimination

**Basis of Jurisdiction:**
Federal Civil Right Acts of 1866, Federal Civil Rights Acts of 1866: Section 1981
The Federal Civil Rights Acts of 1871
The Federal Civil Rights Acts of 1964

On July 28th, 2009, the Seattle Police Department was called To Home Depot located at 2701 Utah Ave S Seattle, WA 98134 by Hodge Amber to respond/investigate an allegation of threats made by the "Pro Se" Plaintiff, SETONDJI V. NAHUM, an African and Black Male. The plaintiff only took knowledge of the existence of this occurrence, facts, and report on December 3rd, 2019.

According to the report/materials provided to the Plaintiff on December 3rd, 2019 by the Seattle Police Department, Hodge Amber, an employee of the Home Depot, met with Derezez George M,  an officer of the Seattle Police department. According to Appendix A, Amber disclosed to the police officers alleged threats that were communicated to her by another home depot employee: Lonnie Spear.  Both Amber Hodge and Lonnie Spear are white employees of the Home Depot. The African and Black plaintiff was labelled as a suspect allegedly making threats. These white employees which were also the false accusers, instructed the Police Officer/, Derezez George M,  not to inform/Contact the African and Black Employee and the police officer complied. According to the material/report provided by the Seattle Police Department,

Pro Se 15 2016

Amber followed up on her instructions to the Police officer by stating that there was a follow-up unit that she was in contact with. This follow-up unit was never heard of by the plaintiff.

In this disturbing set of occurrences, Neither the Home Depot nor The Seattle Police Department ever contacted the African/ Black "Pro Se" plaintiff to investigate the false accusations. Please See Appendix A. Worst, the officer just went ahead and  labelled the African and Black Plaintiff as a suspect and inserted this report/offense in the plaintiff's record. No investigation was ever conducted, and the plaintiff was never made aware of this until another set of circumstances led to the plaintiff requesting data from the Seattle Police Department.

*The most compelling fact in this set of occurrences is that: the alleged offense report mentioned a time of  13:44. The African and Black plaintiff was working on a swing shift from 2 pm to 10:00 pm or 10:30 pm. The plaintiff would have had yet to arrive to work. The Plaintiff's Shift had yet to even start. There is therefore no way the plaintiff would have held a discussion with the Lonnie Spear prior to 13:44 let alone made any alleged threats. Moreover, the plaintiff would not have held any such type of conversation with the false accusers. The plaintiff was a Senior in the Aeronautics and Astronautics department at the University of Washington and scheduled to resume full-time classes in the fall of 2009. The plaintiff only took the Home Depot temporary summer position for fun due to a lack of suitable internship.*

Moreover, the Seattle Police Department and its officer George Derezes M, took no action against the accusers providing a false police report. In this shocking set of events, the Seattle Police Department and this officer labeled the false accusations/false report as "founded" and under Suspicious Circumstances. They took no action in investigating this issue, they never even contacted the African/Black Male and left defamatory and damaging data within the African/Black plaintiff's records and such without the latter's knowledge. The damaging impact

*Pro Se 15 2016*

of this action from the defendants on the plaintiff and his career within the field of Aerospace has been immeasurable.

Upon taking knowledge of this horrendous and extremely racist occurrence only in December of 2019, which is more than 10 years after the fact,  the "Pro Se" Black/African plaintiff contacted the Office of Police Accountability in Seattle, WA. The Seattle Office of Police accountability took no action and shocking simply issued the Plaintiff a "Closing Letter" claiming that it could not investigate the occurrence because it only handles individual allegations  of policy violations and such requirement was not met.

The plaintiff also directly contacted the Home Depot to acquire further details on this occurrence as well as all materials pertains to this occurrence. Unfortunately, the Home Depot was also unable to provide the plaintiff with any details claiming that data retention timelines have expired.

*Pro Se 15 2016*

1

2

3

**Claim 2: Defamation**

4

**Basis of Jurisdiction:**

Washington State Defamation Laws

5

RCW 9.58 : Libel and Slander

6

7

On July 28th, 2009, the Seattle Police Department was called To Home Depot located at

8

2701 Utah Ave S Seattle, WA 98134 by Hodge Amber to respond/investigate an allegation of

threats made by the "Pro Se" Plaintiff, SETONDJI V. NAHUM, an African and Black Male. The

9

plaintiff only took knowledge of the existence of this occurrence, facts, and report on December

10

3rd, 2019.

11

False allegations of threats were made by employees of the Home Depot to the Seattle

12

Police Department. The Seattle police department never investigated the facts, never

13

spoken/contacted the plaintiff pertaining to this occurrence  and simply went ahead and label the

14

African/Black plaintiff as a suspect and inserted damaging data within his records without his

15

knowledge. In fact, the Seattle Police Department took direct instruction form the False accusing

16

civilians on how to handle the false report and the Seattle Police Department just complied to the

17

request of these white employees of the Home Depot. Please See Appendix A.

18

*The most compelling fact in this set of occurrences is that: the alleged offense report*

19

*mentioned a time of  13:44. The African and Black plaintiff was working on a swing shift*

20

*from 2 pm to 10:00 pm or 10:30 pm. The plaintiff would have had yet to arrive to work. The*

21

*Plaintiff's Shift had yet to even start. There is therefore no way the plaintiff would have held a*

22

*discussion with the Lonnie Spear prior to 13:44 let alone made any alleged threats. Moreover,*

23

*the plaintiff would not have held any such type of conversation with the false accusers. The*

24

*plaintiff was a Senior in the Aeronautics and Astronautics department at the University of*

1  ***Washington and scheduled to resume full-time classes in the fall of 2009. The plaintiff only***

2  ***took the Home Depot temporary summer position for fun due to a lack of suitable internship.***

3        The Seattle Police Department recklessly disregarded the truth and labeled the

4  accusations as founded even though their officer label the circumstances as suspicious. More

5  importantly they never investigated the occurrences, they never  spoke to the Black plaintiff

6  about the occurrence, they did not act against the white employees making a false police report.

7  The only action they took was inserting damaging and false data within the African/Black

8  plaintiff records without the latter's knowledge. The damaging impact of this action from the

9  defendants on the plaintiff and his career within the field of Aerospace has been immeasurable.

10  Multiple career opportunities  and income have been lost. This also fostered underemployment as

11  well as dangerous and harassing work environment for the Black plaintiff.

1

## Claim 3: Gross Negligence

2

**Basis of Jurisdiction:**
Federal Civil Right Acts of 1866, Federal Civil Rights Acts of 1866: Section 1981

3 The Federal Civil Rights Acts of 1871
The Federal Civil Rights Acts of 1964

4

5 On July 28th, 2009, the Seattle Police Department was called To Home Depot located at 2701

6 Utah Ave S Seattle, WA 98134 by Hodge Amber to respond/investigate an allegation of threats

7 made by the "Pro Se" Plaintiff, SETONDJI V. NAHUM, an African and Black Male. The

8 plaintiff only took knowledge of the existence of this occurrence, facts, and report on December

9 3rd, 2019.

10        False allegations of threats were made by employees of the Home Depot to the Seattle

11 Police Department. The Seattle police department never investigated the facts, never

12 spoke/contacted the plaintiff pertaining to this occurrence  and simply went ahead and label the

13 African/Black plaintiff as a suspect and inserted damaging data within his records without his

14 knowledge.

15        In this shockingly disturbing set of occurrences, these white employees which were also

16 the false accusers, instructed the Police Officer/, Derezez George M,  not to inform/Contact the

17 African and Black Employee and the police officer complied. The Seattle Police Department

18 took direct instructions from the accusing civilians on how to handle the false report and the

19 Seattle Police Department just complied to the request of these white employees of the Home

20 Depot. Please See Appendix A.

21        ***The most compelling fact in this set of occurrences is that: the alleged offense report***

22 ***mentioned a time of  13:44. The African and Black plaintiff was working on a swing shift***

23 ***from 2 pm to 10:00 pm or 10:30 pm. The plaintiff would have had yet to arrive to work. The***

24 ***Plaintiff's Shift had yet to even start. There is therefore no way the plaintiff would have held a***

Pro Se 15 2016

1     *discussion with the Lonnie Spear prior to 13:44 let alone made any alleged threats. Moreover,*

2     *the plaintiff would not have held any such type of conversation with the false accusers. The*

3     *plaintiff was a Senior in the Aeronautics and Astronautics department at the University of*

4     *Washington and scheduled to resume full-time classes in the fall of 2009. The plaintiff only*

5     *took the Home Depot temporary summer position for fun due to a lack of suitable internship.*

6         In this upsetting set of occurrences, Neither the Home Depot nor The Seattle Police

7     Department ever contacted the African/ Black "Pro Se" plaintiff to investigate the false

8     accusations. Please See Appendix A. Worst, the officer just went ahead and  labelled the African

9     and Black Plaintiff as a suspect and inserted this report/offense in the plaintiff's record. No

10     investigation was ever conducted, and the plaintiff was never made aware of this until another set

11     of circumstances led to the plaintiff requesting data from the Seattle Police Department.

12         They took no action in investigating this issue, they never even contacted the

13     African/Black Male and left defamatory and damaging data within the African/Black plaintiff's

14     records and such without the latter's knowledge. This gross negligence and deliberate

15     indifference from George M. Derezes, James P. Scott and the Seattle Police Department violate

16     at least the African/Black plaintiff's constitutional rights to Due Process and Other Rights of the

17     People. The damaging impact of this gross negligence and deliberate indifference from the

18     defendants on the plaintiff and his career within the field of Aerospace has been immeasurable.

19     Multiple career opportunities  and income have been lost. This also fostered underemployment as

20     well as dangerous and harassing work environment for the Black plaintiff.

21

22

23

24

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 15

*Pro Se 15 2016*

## V.    WRONGS

*If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.*

<u>The damaging impact of this action from the defendants on the plaintiff and his career</u>

<u>within the field of Aerospace has been immeasurable. Multiple career opportunities  and</u>

<u> income have been lost. This also fostered underemployment as well as dangerous and</u>

<u>harassing work environment for the Black plaintiff.</u>

## VI.    RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.*

<u>The Seattle Police department shall expunge this "false" offense from the plaintiff's</u>

<u>records.  The Seattle Police Department shall provide data on all individuals and entities</u>

<u>that have had access to this falsity throughout the years. The defendants shall cover all</u>

<u>lost wages from underemployment and unemployment caused by this falsity starting from</u>

<u>August 2009. The defendants shall compensate the plaintiff as stipulated by all applicable</u>

<u> laws under jurisprudence for damages to the plaintiff's reputation and career.</u>

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 16

*Pro Se 15 2016*

## VII.   CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my

knowledge, information, and belief that this complaint: (1) is not being presented for an improper

purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

(2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or

reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so

identified, will likely have evidentiary support after a reasonable opportunity for further

investigation or discovery; and (4) the complaint otherwise complies with the requirements of

Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related

papers may be served. I understand that my failure to keep a current address on file with the

Clerk's Office may result in the dismissal of my case.

Date of signing:              07/28/2020_____

Signature of Plaintiff        _____

Printed Name of Plaintiff     SETONDJI VIRGILE NAHUM_____

Date of signing:              _____

Signature of Plaintiff        _____

Printed Name of Plaintiff     _____

Date of signing:              _____

Signature of Plaintiff        _____

Printed Name of Plaintiff     _____

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 17

# APPENDIX A



**SEATTLE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
PUBLIC DISCLOSURE RELEASE COPY
**(7399-0 SUSPICIOUS CIRCUMSTANCE)**

GO# 2009-263984
**INACTIVE**

This copy was prepared by Seattle Police Department as a result of a Public Disclosure request under 42.56.



# SEATTLE POLICE DEPARTMENT

**GO# 2009-263984**
**INACTIVE**

## GENERAL OFFENSE HARDCOPY
### PUBLIC DISCLOSURE RELEASE COPY
#### (7399-0 SUSPICIOUS CIRCUMSTANCE)

## PUBLIC DISCLOSURE RELEASE COPY

**Purpose** PUBLIC DISCLOSURE RELEASE
**Date Released** DEC-03-2019 (TUE.) 0956
**Released By** ████STEPHENSON, RODGER S

### RELEASED TO

**Name** NAHUM SETONATI



# SEATTLE POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY
## (SUSPICIOUS CIRCUMSTANCE)
## GO#  2009-263984

# Table of Contents

**Related Event GO#  2009-263984** ........................................................................................ **1**

**Offense(s)** ........................................................................................................................ **1**

**Related Event(s)** ............................................................................................................. **2**

**Related Person(s)** .......................................................................................................... **2**

    **1. SUSPECT # 1 - NAHUM, SETONDJI VIRGIL** ......................................................... **2**

    **2. COMPLAINANT # 1 - HODGE, AMBER** ................................................................. **2**

    **3. SUBJECT # 1 - SPEIR, LONNIE** ........................................................................... **3**

**Related Business(es)** .................................................................................................... **3**

    **1. PREMISE # 1 - HOME DEPOT** ............................................................................... **3**

**Related Narrative(s)** ...................................................................................................... **4**

    **1. NARRATIVE** ............................................................................................................ **4**



**SEATTLE POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**
PUBLIC DISCLOSURE RELEASE COPY
**(7399-0 SUSPICIOUS CIRCUMSTANCE)**

## General Offense Information

| | |
|---|---|
| **Operational Status** | INACTIVE |
| **Reported On** | JUL-28-2009  (TUE.) 1549 |
| **Occurred On** | JUL-28-2009  (TUE.) 1344 |
| **Approved On** | JUL-28-2009  (TUE.) |
| **Approved By** | ████  -  SCOTT, JAMES P_JR (FORMER EMPLOYEE) |
| **Report Submitted By** | ████  -  DEREZES, GEORGE M |
| **Org Unit** | WEST PCT 2ND W - KING |
| **Address** | 2701 UTAH AV S |
| **Place** | HOME DEPOT |
| **Municipality** | SEATTLE |
| **District** O  **Beat** O1 ████ | |
| **Bias** | -NONE (NO EVIDENCE OF BIAS) |
| **Value Loss** | $0.00 |
| **Value Recovered** | $0.00 |
| **Value Damaged** | $0.00 |
| **Drug Total** | $0.00 |
| **Gang Involvement** | NO GANG INVOLVEMENT |
| **Family Violence** | NO |

## Offenses (Completed/Attempted)

| | |
|---|---|
| **Offense #** | 1   7399-0   SUSPICIOUS CIRCUMSTANCE  -  COMPLETED |
| **Location** | DEPARTMENT/DISCOUNT STORE |
| **Suspected Of Using** | NOT APPLICABLE |

# SEATTLE POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY
### PUBLIC DISCLOSURE RELEASE COPY
### (7399-0 SUSPICIOUS CIRCUMSTANCE)

## Related Event(s)

**1. CP  2009-263984**

## Related Person(s)



**1.  SUSPECT # 1 - NAHUM, SETONDJI VIRGIL**

### CASE SPECIFIC INFORMATION

|  |  |  |  |
|---|---|---|---|
| **Sex** | ▮ | | |
| **Race** | ▮ | | |
| **Date Of Birth** | ▮ | | |
| **Address** | ▮ | **Apartment** | ▮ |
| **Municipality** | SEATTLE | | |
| **State** | WASHINGTON | | |
| **ZIP Code** | 98133- | | |
| | **District** N **Beat** N1 **Grid** 7450 | | |

### PERSON PARTICULARS

**Language(s) Spoken**  ENGLISH

**Height** ▮                **Weight** ▮

### LINKAGE FACTORS

**Resident Status**  SEATTLE RESIDENT
**Age Range** ▮
**Access To Firearm**  NO

**2.  COMPLAINANT # 1 - HODGE, AMBER**

### CASE SPECIFIC INFORMATION

**Sex** ▮
**Race** ▮
**Business** ▮

### PERSON PARTICULARS

**Occupation** ▮
**Employer**  HOME DEPOT

GO# 2009-263984
INACTIVE

**GENERAL OFFENSE HARDCOPY**

PUBLIC DISCLOSURE RELEASE COPY

**(7399-0 SUSPICIOUS CIRCUMSTANCE)**

---

**LINKAGE FACTORS**

|  |  |
|---|---|
| **Resident Status** | UNKNOWN |
| **Age Range** | 0 - UNKNOWN |
| **Access To Firearm** | NO |

---

**3. SUBJECT # 1 - SPEIR, LONNIE**

**CASE SPECIFIC INFORMATION**

|  |  |
|---|---|
| **Sex** | ▉▉▉▉▉ |
| **Race** | ▉▉▉▉▉ |
| **State** | WASHINGTON |

**LINKAGE FACTORS**

|  |  |
|---|---|
| **Resident Status** | ▉▉▉▉▉ |
| **Age Range** | ▉▉▉▉▉ |
| **Access To Firearm** | NO |

---

# Related Business(es)

**1. PREMISE # 1 - HOME DEPOT**

|  |  |
|---|---|
| **Address** | 2701 UTAH AVE S |
| **Place** | HOME DEPOT |
| **Municipality** | SEATTLE |
| **State** | WASHINGTON |
| **ZIP Code** | 98134 |
| | **District** O **Beat** O1 **Grid** ▉▉▉ |
| **Phone Number** | (206) 467-9200 |
| **Type** | STORE - DEPARTMENT |

---

**SEATTLE POLICE DEPARTMENT**

GO# 2009-263984
INACTIVE

**GENERAL OFFENSE HARDCOPY**

PUBLIC DISCLOSURE RELEASE COPY

(7399-0 SUSPICIOUS CIRCUMSTANCE)

## Related Text Page(s)

|  |  |
|---|---|
| **Document** | NARRATIVE |
| **Author** | ███ DEREZES, GEORGE M |
| **Related Date/Time** | JUL-28-2009 (TUE.) |

On 07-28-2009 I was working as 2K3, a marked patrol unit. At approximately 1344 hours I was dispatched to 2701 Utah Av S to investigate threats.

Upon arrival I contacted a loss prevention employee Hodge, Amber, N who stated that an employee approached her and was concerned about another employee making threats.

Suspect employee later identified as S/ NAHUM, SETODJI , V was having a conversation with employee Speir, Lonnie. The following was stated:

Setondji and I were having a conversation concerning his last day of employment at Home Depot. He told me to not come to work the following day because he liked me. Leading up this, we had discussed 911, America's bad influence in the world. Setondji was angry about this and angry that he was getting laid off.

I gave Hodge a case number and cleared with no further incident. Hodge stated that she was already in contact with a follow up unit and did not want us contacting S/ Nahum.

I cleared with no further incident.

> I hereby declare (certify) under penalty of perjury under the laws of the
> State of Washington that this report is true and correct to the best of
> my knowledge and belief (RCW 9A.72.085)
>
> Electronically signed:
> DEREZES, GEORGE M                    Date:        Jul-28-2009      Place: Seattle, WA



Case 2:20-cv-01193-DWC Document 1 Filed 07/28/20 Page 27 of 33

**SEATTLE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
PUBLIC DISCLOSURE RELEASE COPY
(7399-0 SUSPICIOUS CIRCUMSTANCE)

GO# 2009-263984
INACTIVE

**\*\*\* END OF HARDCOPY \*\*\***

## SEATTLE POLICE DEPARTMENT
## CAD CALL HARDCOPY

**CP 2009-263984**                                    **Reported: Jul-28-2009 13:44:53**

Incident Location
  Address : **2701 UTAH AV S**
  Place Name : **HOME DEPOT**
  City : **SEATTLE**
  District : **O**   Beat : **O1**   Grid : █████

General Information

  Report number: **2009-263984**
  Case Type : **THREATS (INCLS IN-PERSON/BY PHONE/IN WRITING)**   Priority : **3**
  Dispatch  :            **15:04:11**
  Enroute   :            **15:04:11**
  At Scene  :            **15:09:51**
  Cleared   :            **16:19:51**
  How call received : **911**
  Unit ids : #1 - **2K3**   #2 - **2K2**
  Call taker ID : █████**DOOLEY, CHRISTINA A**

Complainant Information

  Name : **HODGE AMBER /SECURITY**
  State : **WA**
  Business Telephone : █████████
  Remarks :
      **Jul-28-2009 13:44:53 - INV THREATS AGAINST THE**
      **STORE BY SOON TO BE EX. EMPLOYEE.  SUBJECT THERE**
      **NOW , THREATS MADE 3 DAYS AGO.  CALLER IN LOSS**
      **PREVENTION OFFICE.**

Related Entities

  Role : **SUSPECT**
  **SETODJI VICTOR NAHUM**
  **UNKNOWN**███████████████
  Home phone : **( )**   Business phone : **( )**

Clearance Information

  Final Case type : **--ASSAULTS - HARASSMENT, THREATS**
  Report expected : **NO**   Founded : **YES**
  Cleared by : **ASSISTANCE RENDERED**
  Reporting Officer1 : █████**- DEREZES, GEORGE M**

Dispatch Details

  Unit number : **2K3**   Dispatched: **Jul-28-2009 15:04:11**
    Officer 1 █████**- DEREZES, GEORGE M**
  Enroute : **Jul-28-2009 15:04:11**

**SEATTLE POLICE DEPARTMENT**
**CAD CALL HARDCOPY**

CP 2009-263984                                    Reported: Jul-28-2009 13:44:53

At scene: **Jul-28-2009 15:09:51**
Cleared : **Jul-28-2009 16:19:51**
Dispatcher ID : ████

Unit number : **2K2**   Dispatched: **Jul-28-2009 15:04:12**
    Officer 1 : ████ **SCHENCK, SCOTT I**
Enroute : **Jul-28-2009 15:04:12**
At scene: **Jul-28-2009 15:14:10**
Cleared : **Jul-28-2009 15:41:30**
Dispatcher ID : ████

## SEATTLE POLICE DEPARTMENT
## CAD CALL HARDCOPY

**CP 2009-263984**                                **Reported: Jul-28-2009 13:44:53**

Related text page(s)

```
    Author: ████ - LINDERMAN, CURTIS
    Subject: DOLDBA1N4PD015.D ..WASPD50B5.O
Related date/time: Jul-28-2009 1506
```



Unit/Officer Details

**15:04 Jul 28 WD** ████ **E :2K3** ████
    **2701 UTAH AV S**

**15:04 Jul 28 WD** ████ **E :2K2** ████
    **2701 UTAH AV S**

**15:09 Jul 28 2K3** ████ **A :2K3** ████

**15:13 Jul 28 2K2** ████ **E :2K2** ████
    **RMS Q VEH-LIC:390TES  STATE:WA  REC:Y  EXTN:Y**
    **CAD:Y  EXTD:Y  EXT9:Y  EXTE:N  EXT6:N  EXTL:N**
    **EXT8:N  EXTW:N  EXT10:N  EXT5:N  EXT11:N  EXT12:N**
    **EXTC:N  TONC:Y  UNIT:2K2**

**SEATTLE POLICE DEPARTMENT**
**CAD CALL HARDCOPY**

CP 2009-263984                                      Reported: Jul-28-2009 13:44:53

**15:13 Jul 28 2K2**   ████   **E :2K2**   ████
    EXT Q VEH-LIC:390TES  STATE:WA  REC:Y  EXTN:Y
    CAD:Y  EXTD:Y  EXT9:Y  EXTE:N  EXT6:N  EXTL:N
    EXT8:N  EXTW:N  EXT10:N  EXT5:N  EXT11:N  EXT12:N
    EXTC:N  TONC:Y  UNIT:2K2

**15:14 Jul 28 2K2**   ████   **A :2K2**   ████

**15:19 Jul 28 2K2**   ████   **A :2K2**   ████
    RMS Q PERS-NAME:NAHUM  G1:SETONDJI  G2:VIRGILE
    ████████   STATE:NV  REC:Y  EXTN:Y  EXTD:Y
    EXT1:Y  CAD:Y  EXTE:N  EXT4:N  EXTL:N
    EXT2:N  EXTW:N  EXT6:N  EXT7:N  EXT5:N  EXTC:N
    TONC:Y  UNIT:2K2

**15:19 Jul 28 2K2**   **6918**   **A :2K2**   **PT 6918**
    EXT Q PERS-NAME:NAHUM  G1:SETONDJI  G2:VIRGILE
    ████████   STATE:NV  REC:Y  EXTN:Y  EXTD:Y
    EXT1:Y  CAD:Y  EXTE:N  EXT4:N  EXTA:N  EXTL:N
    EXT2:N  EXTW:N  EXT6:N  EXT7:N  EXT5:N  EXTC:N
    TONC:Y  UNIT:2K2

**15:41 Jul 28 2K2**   ████   **IS:2K2**   **PT 6918**

**15:56 Jul 28 2K3**   ████   **A :2K3**   **PT 7401**
    RMS Q PERS-NAME:NAHUM  G1:SETONDJI  G2:A
    ████████████████████████
    ████████████   Y  EXTE:N  EXT4:Y  EXTA:Y  EXTL:N
    EXT2:N  EXTW:N  EXT6:N  EXT7:N  EXT5:N  EXTC:N
    TONC:Y  UNIT:2K3

**15:56 Jul 28 2K3**   **7401**   **A :2K3**   **PT 7401**
    EXT Q PERS-NAME:NAHUM  G1:SETONDJI  G2:A
    ████████   STATE:WA  REC:Y  EXTN:Y  EXTD:Y
    EXT1:Y  CAD:Y  EXTE:N  EXT4:Y  EXTA:Y  EXTL:N
    EXT2:N  EXTW:N  EXT6:N  EXT7:N  EXT5:N  EXTC:N
    TONC:Y  UNIT:2K3

**15:59 Jul 28 2K3**   **7401**   **A :2K3**   **PT 7401**
    RMS Q PERS-NAME:NAHUM  G1:SETODJI  G2:V
    ████████   STATE:WA  REC:Y  EXTN:Y  EXTD:Y
    EXT1:Y  CAD:Y  EXTE:N  EXT4:Y  EXTA:Y  EXTL:N
    EXT2:N  EXTW:N  EXT6:N  EXT7:N  EXT5:N  EXTC:N
    TONC:Y  UNIT:2K3

**15:59 Jul 28 2K3**   **7401**   **A :2K3**   **PT 7401**
    EXT Q PERS-NAME:NAHUM  G1:SETODJI  G2:V
    ████████   STATE:WA  REC:Y  EXTN:Y  EXTD:Y
    EXT1:Y  CAD:Y  EXTE:N  EXT4:Y  EXTA:Y  EXTL:N
    EXT2:N  EXTW:N  EXT6:N  EXT7:N  EXT5:N  EXTC:N
    TONC:Y  UNIT:2K3

**SEATTLE POLICE DEPARTMENT**
**CAD CALL HARDCOPY**

CP 2009-263984                                      Reported: Jul-28-2009 13:44:53

16:19 Jul 28 2K3 ████████ IS:2K3    PT████████
████████████████████████████ Y REPORT-N CLEARED
BY-U FINAL-041 BOLO-N STUDY FLAG-

16:19 Jul 28 2K3 ████████ IS:2K3    PT████████

**\*\* END OF HARDCOPY \*\***

December 3, 2019

████████

Mr. Nahum,

The Seattle Police Department did not prepare a detailed exemption log for records as only limited information was redacted from the responsive records. The information normally provided in an exemption log, such as title, author, recipient, subject, and number of pages, is readily ascertainable by looking at the redacted records.

| 1(h) | Information Received Directly from Dept. of Licensing - RCW 46.12.635, 18 UCS § 2721, RCW 42.56.070 | Explanation:  Disclosure of an individual vehicle owner's name and address, driver's license number and VIN received directly from DOL to third parties is limited to specific parties. RCW 46.12.635 allows certain individuals, businesses and government agencies access to this information. A request for access must be directed to DOL. You may request access by going to the State Department of Licensing website (http://www.dol.wa.gov/), forms section, for a "Vehicle/Vessel Information Disclosure Request." |
| --- | --- | --- |

If you have any questions, you can contact our Public Disclosure Desk at 206-684-5481.

Thank you,
Rodger

*Rodger Stephenson*
Rodger ████████
Seattle Police Department
Public Disclosure Unit
Admin Staff Assistant
████████