# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SETONDJI VIRGILE NAHUM,

    Plaintiff,

v.

LONNIE SPEIR, et al.,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.   2:20-CV-01151-DWC

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Defendants' Motions to Dismiss (Dkt. 53, 54) are GRANTED and this case is DISMISSED WITH PREJUDICE.

Dated this 26th day of March, 2021.

WILLIAM M. MCCOOL
Clerk

_[signature]_
Deputy Clerk